IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 3:09-501-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| HEITH MAURICE THOMAS ) | |
| ) | |
| _____ ) | |

      The defendant, Heith Maurice Thomas, pled guilty to a lesser included drug conspiracy charge, and was sentenced to a custodial term of 120 months.

      The government has now filed a motion for a reduction of sentence pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure.  Specifically, the government suggests that the defendant has provided unrewarded substantial assistance in the investigation and prosecution of other individuals which conforms to the guidelines and policy statements issued by the United States Sentencing Commission pursuant to 28 U.S.C. § 994.  In connection with its motion, the government recommends a reduction to a guideline range of 84 to 108 months, with a sentence imposition at the low-end of that range.

      Consistent with its standard practice, this court advised the defendant that the government's motion to reduce his sentence had been filed and invited him to provide information that the court might consider in determining the extent of the departure.  The defendant responded to the motion.

After carefully reviewing the materials submitted by the government and the defendant, this court is of the opinion that a reduction is appropriate in this case. Accordingly, the government's motion for a reduction of sentence is hereby granted. The custodial portion of the defendant's sentence is hereby reduced to a term of 84 months. All other aspects of the original sentence remain in full force.

The Clerk is directed to docket the defendant's motion to compel (ECF No. 1679) as moot.

IT IS SO ORDERED.

February 21, 2013                            Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge